**Exhibit A to the Complaint**

**Location:** San Antonio, TX  
**Total Works Infringed:** 121

**IP Address:** 104.53.200.218  
**ISP:** AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: EC43DF4C90035AB43715693D2631CB9B78BCD479<br>File Hash: DBAF7C996D95F378E8BA899572625DA44C2AFAEF09CBC905AC348D86FC56D507 | 12/12/2020 22:20:30 | Blacked Raw | 03/12/2020 | 04/17/2020 | PA0002246106 |
| 2 | Info Hash: 51D3407E5E83206D33C0D262B38502F369E06E99<br>File Hash: 19E67A668E0B5708121E58E65B583804A6646848A3001474178D30A30FF30648 | 10/18/2020 07:05:13 | Blacked Raw | 04/27/2020 | 05/19/2020 | PA0002241476 |
| 3 | Info Hash: D300A6199967D3A58CB1AF291FCCD397A5E64A06<br>File Hash: 9A291E3C2A0B3197A49E3508CD563482FA8B116EDC770D49A38989F50CA4EB29 | 05/25/2020 23:02:46 | Blacked Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |
| 4 | Info Hash: 790D3E53B88DC66BD45AEAD83AB973C49EAD9CD0<br>File Hash: 4FD3EEF1F83B399B9BAD23F1F0B402518D8209B9F3948E75FFBF90E2129A5A00 | 05/25/2020 07:55:19 | Blacked | 04/11/2020 | 04/22/2020 | PA0002237696 |
| 5 | Info Hash: 785CC985D0B6C0436CECD182ED46EFDBE711478A<br>File Hash: B931D29266D2FADFE2A3322C45235ADD3FFFAE069331D254137875D94A013596 | 05/25/2020 06:42:41 | Blacked | 04/18/2020 | 05/19/2020 | PA0002241472 |
| 6 | Info Hash: D34E2F991FD69189F9C0DC0155E73F0D70234D2F<br>File Hash: D14D50503D631A43141FF5A0CB7E94845C57C3C8CE97AD699364260A1D165EA1 | 04/25/2020 05:36:14 | Blacked Raw | 04/06/2020 | 04/17/2020 | PA0002237306 |
| 7 | Info Hash: 457DEEF074B69560F00C4C7FBA0DA8DF320A8B06<br>File Hash: 7C71A9E4E2E7072F27DBC564C777B946B5A8327482E38309774C84B06DA8126B | 04/25/2020 05:36:01 | Blacked Raw | 02/21/2020 | 03/18/2020 | PA0002241534 |
| 8 | Info Hash: 3997DCD458146C28E0BA35733EE050A2B86F4FD2<br>File Hash: ECF412EED7B33FABD57C2543A5CD44F1316C02BEDDB07A678DF918CA8A65A4D7 | 04/25/2020 02:08:39 | Blacked Raw | 02/26/2020 | 04/17/2020 | PA0002252443 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: CDCE8E17C0BEE90996CF1EEF9F60772066C30D07<br>File Hash: AA74DE9ED43D1B9F8FBD22307DB64DA01CDCCBB2CD157C3D9901083D32FF11EC | 04/24/2020 22:13:22 | Tushy | 03/11/2020 | 04/15/2020 | PA0002244960 |
| 10 | Info Hash: 0438E57FC04D98E2108A5527A29FB860627C7BC7<br>File Hash: EDCB43859CAAE6967AA10734DB754979E75145C6F1C13E1C116871F32CDD13DC | 04/24/2020 21:56:01 | Blacked | 03/05/2020 | 04/15/2020 | PA0002246102 |
| 11 | Info Hash: F30693207BD79067FED986228E16B58C106B1A62<br>File Hash: E909774BB13F4E0BBF252CDC5FC92F25D2DD2AEEC7FAE830AB3A3FCFAE2556FF | 02/27/2020 01:26:47 | Tushy | 01/31/2020 | 03/15/2020 | PA0002240443 |
| 12 | Info Hash: 6F07E7BA2EA9943154AAA7089E75139347078425<br>File Hash: A9B21A0F526F37BAD9DE7420560226D5A79EBBBEDE74B2B824DCF106B742B16C | 02/16/2020 16:30:59 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 13 | Info Hash: 7CD4A522F85372949C1AC739892ABC823DDB08A8<br>File Hash: 513C05FB289031E897F550EF7D1B869341186E858EB1638262A2CF057A3C30D6 | 02/16/2020 16:10:45 | Blacked | 02/04/2020 | 02/20/2020 | PA0002229052 |
| 14 | Info Hash: 7B4A02101676E6F096196C145FAB36B1ACFBAC22<br>File Hash: 30F0CF7D815E8CA38A9185CCD8A729338DE271D1F51B1135B41218AB9B5D1A50 | 02/09/2020 12:56:14 | Blacked | 01/30/2020 | 02/20/2020 | PA0002237624 |
| 15 | Info Hash: D8E2287DA913DC81ADE778180FE8C290508F59ED<br>File Hash: 6CD598D76C8637E2C094714EDF52E617EA387607B21A4DBDBC0156DD67E5E8B5 | 02/09/2020 11:48:04 | Blacked Raw | 01/27/2020 | 03/15/2020 | PA0002240550 |
| 16 | Info Hash: AC33ECE8E5C01231E90FCF28BE50E9B803C5C629<br>File Hash: FB0C169950DD6FA21CE3152832CB40CFF4EB6C51CDF77719C30FD6F256D55177 | 02/09/2020 10:44:25 | Blacked | 01/25/2020 | 02/20/2020 | PA0002229054 |
| 17 | Info Hash: 8479B5EF47322BE90AC5BC7FB2DC53BB77C5AA5B<br>File Hash: 3C3F1E1C9A3133166E1E82A0BBBEA94DAF8E5D12F1EBE323A9B1A4003892D861 | 02/08/2020 17:28:46 | Blacked | 01/15/2020 | 02/04/2020 | PA0002225584 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: F078E1EBA54EBE598239A39B02739F219E4F42AF<br>File Hash: 8F7B29055ADF9CA90117A324CBFC2A96457DD6D239692F682DEC3773B9685401 | 01/31/2020 00:16:45 | Vixen | 01/24/2020 | 03/15/2020 | PA0002240434 |
| 19 | Info Hash: 4C9BB345336B71D00BBB6A7D9EA58186F621BFFC<br>File Hash: C7B98145FD5C6746369EA335B13C52E97F8FE43036DBBA98A971A83ECDB868F5 | 01/25/2020 15:26:03 | Blacked | 01/20/2020 | 02/04/2020 | PA0002225586 |
| 20 | Info Hash: 5CCA5179917140C5993539C02E507DE3D75D369A<br>File Hash: A545F7B1A9DE707824CDDC117BC9AE21E110CF00B8E6C945299E84E1E61558E6 | 01/19/2020 16:40:28 | Blacked Raw | 01/17/2020 | 02/20/2020 | PA0002229055 |
| 21 | Info Hash: 8E2577BB897B610BD9F47E898A25D5F798C40CEB<br>File Hash: E0CA7C14259534D8AA8721D964289CE4519B74F86372F0A68999FF677B0211A2 | 01/19/2020 15:29:35 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 22 | Info Hash: 17B29894F04E5EAA02AADFBD4AD991B6ED82ADBE<br>File Hash: 9AC6DEAD097B6381396649BAA0E7331BAF8FDDC44544342BC97B244B35643D95 | 01/09/2020 00:10:37 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 23 | Info Hash: 4EB2838F760BFA35C7CAAB789876224B59393DD5<br>File Hash: 9AA60B1DBFACCF1FC4DB45B0DA90854FBC50B7A7C4ECAB24010C1D9B20EFA875 | 01/05/2020 15:10:35 | Vixen | 01/04/2020 | 01/27/2020 | PA0002223959 |
| 24 | Info Hash: BA67AC85C0135CAFF703DC5D8BFE132C7F5176C8<br>File Hash: D3EB6E1A81C0A8BD47B38057CB149BC56186D7531C0074AC15B5C98CDC00210C | 12/25/2019 14:39:18 | Tushy | 12/22/2019 | 01/22/2020 | PA0002234863 |
| 25 | Info Hash: A2446B04FF8D28FE6271F8161A02478B4EF5917B<br>File Hash: 2DE2C8CF79381572602F4CE4414CEDDAD0C76A748D72CEF41F4F6A05D5DDBAA9 | 12/25/2019 14:38:46 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 26 | Info Hash: 55FA1948FFD6ABF1F018F9CA143056507C4C2812<br>File Hash: D56E13CF9EF1EDA1CDA464B89ED64BC0BAD390A2A4F1B5D29E53307C2ED8453C | 12/21/2019 20:20:49 | Blacked Raw | 12/18/2019 | 02/03/2020 | PA0002225563 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 7939EDABA5F0A487FD42DBE688ADFB7DF9EE24B9<br>File Hash: 774AE496D7B4DCC356B5D6E6521917EF91F9DFCD220376038F74ACC7D3653EA1 | 12/21/2019 19:04:47 | Tushy | 11/22/2019 | 12/03/2019 | PA0002232052 |
| 28 | Info Hash: F83080939B7B3488E13614AE8581A363B64D93D6<br>File Hash: 33354BE74793EF8BC0AF14EA6FD759BBA391760A228AC9F8BAFD8C007BCB8822 | 12/21/2019 17:35:58 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |
| 29 | Info Hash: 52C3C6BF6976D382C904277BF8064DACCABF075C<br>File Hash: 0EA1DAD1A9D2C13E874A7B25F6623D730F39BB272282DA687C0AC351EF31871B | 11/09/2019 18:46:07 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |
| 30 | Info Hash: DCADE2A66684FF7123852F6C2A22B7C13212E6FE<br>File Hash: 63C18974E1995B2C4F52BB9942D5AA9314688492C423F57E712F88CFB3DE57F9 | 11/09/2019 16:10:19 | Blacked Raw | 11/08/2019 | 12/03/2019 | PA0002232045 |
| 31 | Info Hash: 1BBFBAD9D9B06A37B56DF78D88E5FB5C0C87CED5<br>File Hash: 0122964B6DC6F25B02C4D60D2B78D74DF101E5A308E9C48B99B84BD19D52832A | 11/09/2019 15:57:24 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 32 | Info Hash: F156F5A9F65FDD656A06E03526AFADA7328768D3<br>File Hash: C51BDC93B72DBCFD418BDEEA31A5B61BA5C85E87A168F2FF0B17D1F73F8AE40E | 10/28/2019 16:41:02 | Blacked Raw | 10/04/2019 | 10/21/2019 | PA0002207780 |
| 33 | Info Hash: 595D0CE579135B3526EA72E3814184992F3FB444<br>File Hash: E6B03D52581C834E290CEADB022BFC2810EBE8C4322B26CF6E8723BC26760C14 | 10/02/2019 09:03:28 | Vixen | 09/26/2019 | 10/01/2019 | PA0002217354 |
| 34 | Info Hash: B5803BD427ED0B817573FEADA5AB0BAC06A75660<br>File Hash: 6860798CD1239976A06AE12814D40F67C889567CD353D0C487DF6C4A91A4CF5E | 10/02/2019 07:51:36 | Tushy | 09/28/2019 | 10/21/2019 | PA0002207776 |
| 35 | Info Hash: 2BC411A52CDAD2463BE301BC55DAE2CD2AD663D3<br>File Hash: 776AEC54A5890A895C694B84D907015AE38852CE4F61531A08CDF2F13D42C9CD | 09/23/2019 03:41:09 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: EBA5766CB4E1103B68D3C179A10EC4012D64009C<br>File Hash: 531374292997169B5F0419CCBE751E55DBA87207BFF189C898B66E96BF793A3E | 09/13/2019 07:07:23 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 37 | Info Hash: DBFF3933D6EABF5CA0EA23DAD730DEC3BD86851B<br>File Hash: FB9505AC70D1E3F5F49F597EC3DD7E7A7A4E67104AC84105FB6C83720D68CA3A | 09/13/2019 05:53:49 | Blacked Raw | 09/09/2019 | 10/01/2019 | PA0002217358 |
| 38 | Info Hash: EED7CC2825B0538C512104DCFD36B33463C00984<br>File Hash: 08D29BEA4C6E15AB630F1084961122989389B737462FFC9E54F56B97964F8100 | 09/06/2019 04:48:46 | Blacked | 08/28/2019 | 09/13/2019 | PA0002200704 |
| 39 | Info Hash: 8494BFD96B86C5B42CAE17178CBD507C41D853E6<br>File Hash: B52E1FE8F5C7A77DC332FEC4110C4CB473FE5C95A50B9EFB2A9DD307EFCB4D5D | 08/17/2019 20:55:10 | Blacked Raw | 08/15/2019 | 09/17/2019 | PA0002216211 |
| 40 | Info Hash: 940DF000262C22BE88EFF2284A3255EDB26982A3<br>File Hash: 6A16F64BA91661F4329C202AC03F23A7A261C236F41641CDB4CEADD0D89F2413 | 08/10/2019 22:57:14 | Blacked | 08/08/2019 | 09/17/2019 | PA0002216217 |
| 41 | Info Hash: CFD13014F6282E32FA529BEDBC774C75A6AEE956<br>File Hash: 1D9A6ABBC8D057D913040BEA6253B1BD385DEFFBE34C2548EFD48843A2F93744 | 08/10/2019 22:29:22 | Tushy | 08/09/2019 | 09/11/2019 | PA0002199987 |
| 42 | Info Hash: 7BF0FD361DBF239C6FAC179E6A3B2AE6580D220E<br>File Hash: 4FF3CE24CD84EB618EC7BDBD7438326F3F269F34A0922826B03C7CE91B9B2348 | 08/07/2019 01:48:40 | Blacked Raw | 08/05/2019 | 08/27/2019 | PA0002213302 |
| 43 | Info Hash: B70C79F076CD0F9503D7D086C0B1E87945A9124C<br>File Hash: 4979915DEA7645349FCB948C8239B258D59A905B2FF6CEBF883B449B5FC770A0 | 07/06/2019 03:57:46 | Blacked | 07/04/2019 | 08/27/2019 | PA0002213242 |
| 44 | Info Hash: 263DA087712EBEBE151BC209E9501CD5FD979526<br>File Hash: 2A43E15845A98F6118503E17DEA16600E8CEC83A0B287857AB10772616F80C90 | 07/02/2019 20:03:48 | Blacked Raw | 07/01/2019 | 07/17/2019 | PA0002188302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: D243A9B36005FCC5F9000A4BE8A40C8400F2978F<br>File Hash: B0BBFCB71407E3E98BFA22E1D53381C76FDBBF34AC14A2B4311666A1B3930CDD | 06/27/2019 04:35:10 | Tushy | 06/25/2019 | 08/27/2019 | PA0002213234 |
| 46 | Info Hash: 8792C295355E82171FC5C6EE5C4DD1EE5FCFD480<br>File Hash: 633DE19B5042516CF68BF03D9B7B93F7E04D463AAF7A92C6FD0A862AF9EFA954 | 06/27/2019 04:17:14 | Blacked Raw | 06/26/2019 | 08/27/2019 | PA0002213245 |
| 47 | Info Hash: DBB69643FFEC293AACEC55FEC3BF225B298853D1<br>File Hash: E94801E915B968720108584E670E263B5CE1CF0384919FCADF213EED603FB408 | 06/09/2019 22:40:11 | Blacked | 06/04/2019 | 07/17/2019 | PA0002188309 |
| 48 | Info Hash: D41937EEF7ACE9555D5B32C86F07FEE632741DAE<br>File Hash: 38A3B3D40328AF263380C7633D6C54503E8AA273D758B9CB2AAFC37ECDEC7EAF | 06/09/2019 22:23:02 | Blacked Raw | 06/06/2019 | 08/02/2019 | PA0002192288 |
| 49 | Info Hash: 5279168CD395AC3529EB664964E38C537BE0047F<br>File Hash: 5963A7857AE5D5E5E71F3C3F5B7F9EE98D8FD1042C0F54FB89FE621B4BCEAB24 | 05/18/2019 23:14:35 | Blacked | 05/15/2019 | 07/05/2019 | PA0002206387 |
| 50 | Info Hash: DE6F454AF83DCA27FE3F21E454B4745DA7AE8B84<br>File Hash: 67512F1F121E0689CEA1DEA19764EB4D2B16B823A9698DFDD2505FB33CEA2956 | 05/12/2019 06:04:14 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 51 | Info Hash: FFDC64CCB6DC396794C92201C98589BAFF51F100<br>File Hash: 211E1E3DC086056108BCB6D948D731777D01C34CC95D1BCE5C4A5F25D4BFC520 | 05/06/2019 11:47:20 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 52 | Info Hash: D472E5C1EFBCC0F7346603876C76A999E0E5E448<br>File Hash: 27081A642B5AAA349AC66C2D8F4506C2F48D9CDFE3BFA46F93453E59C0769B37 | 05/04/2019 05:10:25 | Tushy | 05/01/2019 | 07/05/2019 | PA0002206375 |
| 53 | Info Hash: 9DC4AF3A2AFF9EAD7BF728D9014C40EB50C9AC29<br>File Hash: 4446EA4DC00DACEF7726659E7656D3D102FA66AB870AF16B1BF30F0002B07799 | 05/04/2019 04:50:26 | Blacked | 03/21/2019 | 04/17/2019 | PA0002186999 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: CA3FC35A0F550B6EE2E6A87C0C4901D7F6655791<br>File Hash: E1ACA8BEBB685FD18330A2031ACF5D3D431EB706FA8C97590BD1102F89EE1A9E | 04/19/2019 20:37:40 | Blacked | 04/15/2019 | 05/11/2019 | PA0002173886 |
| 55 | Info Hash: D2966E06E024AF7582E6948A96D4F4D781114236<br>File Hash: 9D4CE7C693D146D59A7FFBDC143FFA5A80A5C1FE6B5922E8629FD72AE9B7BFB8 | 04/13/2019 03:12:48 | Blacked Raw | 04/12/2019 | 05/11/2019 | PA0002173884 |
| 56 | Info Hash: B67555B5BBD4DEE8736692AA216385FC56B9BD6A<br>File Hash: C22CEB3B08E0172B1A42D7759C99A7F3569C8F47DB6B26ED1CDCDF9758F224DD | 04/12/2019 04:51:33 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 57 | Info Hash: 547CC5148F8F69D60A889CDB8A8B135844653797<br>File Hash: EA67C6A90AF41D8958577E1A13F83BBDF7EE939A7D1B27C6403CE75B0A7F829A | 04/07/2019 23:55:19 | Tushy | 04/01/2019 | 05/11/2019 | PA0002173888 |
| 58 | Info Hash: 8FF1A573FE0A7DE813F38AB484593716B72B5256<br>File Hash: 041B706DE1E3CA0F2581C386CED503F917F6769EEF001AEDA6115DFB1A306A5D | 04/07/2019 23:54:26 | Blacked | 04/05/2019 | 04/29/2019 | PA0002169966 |
| 59 | Info Hash: 69462E35B0F8D136460A91C83771B59102D77069<br>File Hash: 2C6DA9EBE69FC84F118871E338C7B3E4BDECB5F42C8F87AB44A2435BAC8E5554 | 03/30/2019 04:27:52 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 60 | Info Hash: 096402B20116AE1DF10820F098B7D0195C3113FA<br>File Hash: FA55D24E9E53B5BFA05BFC98981DBD5B46E46D42205AA5DFF90077A4D53B9998 | 03/30/2019 02:10:54 | Tushy | 03/22/2019 | 04/08/2019 | PA0002164887 |
| 61 | Info Hash: 20708275966E302530146E088BC55FA45BD5E2AE<br>File Hash: B67C523CD8FD128DF93DCD6BA434327D1A6520579DA5257E2E41C4E6824AE3BA | 03/23/2019 18:02:36 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 62 | Info Hash: 867CFD7568B0DBC9DECBD12F8D58961B141769D3<br>File Hash: 7C0685210FE2A7251D04EA3826735A1B86D6DBE20A36423D775219FE842E0D5D | 03/19/2019 02:41:47 | Blacked | 03/16/2019 | 04/17/2019 | PA0002186980 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: 24E54D0C9D957D9921AEC4AEF55085640FF47240<br>File Hash: A207A56B076243B71A43C04A8490089CFB78CF3F07D58AFEA42D4807F5154BBB | 03/15/2019 00:47:02 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |
| 64 | Info Hash: 436A26DC51C119D443F940EB3F9B1565D08F13ED<br>File Hash: D2373204CC75CF1A55ED4A24B9A6710BE6E02B396EBA97ABBEF77F8CC33F3329 | 03/15/2019 00:42:28 | Blacked | 03/11/2019 | 03/31/2019 | PA0002163979 |
| 65 | Info Hash: 24EC0426EAC05426517835813090CB9231DBA52B<br>File Hash: 10336A352328DCC3CA975EEAE63D1D98665A85E688EBBDD208BBB3E6BADF6FCD | 03/09/2019 02:10:25 | Tushy | 03/02/2019 | 04/17/2019 | PA0002186902 |
| 66 | Info Hash: 6304008B50BA856393465C505EF78435964BE4C5<br>File Hash: CFD3C6D7DE56C90DE4CCB6702E0603BE84D0A3D351ACBE18215058448F06C519 | 03/02/2019 14:33:15 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 67 | Info Hash: CB32F10C37923019986C615476ACA0283DB60907<br>File Hash: 0FF408028A8D9440D1DBC983A92CDC8C208ED5C4A6FA908319A17B3FB8E83D15 | 02/22/2019 05:31:34 | Blacked | 02/19/2019 | 03/24/2019 | PA0002184061 |
| 68 | Info Hash: BE144994F6F7FF1AE0EC64EE5602F2631382B3A5<br>File Hash: C341FDE78F96345CB1B0026736D0D7DA8BC69A5961E260FF013C773507EF97A4 | 02/22/2019 05:31:34 | Tushy | 02/20/2019 | 04/29/2019 | PA0002170363 |
| 69 | Info Hash: 6B21B571914A8661A098E8BCDC740151438F2A2D<br>File Hash: D5A0DFDF64469FF3A7495F06576D09D25692F49421EBB2F87AFD8A4F098E6A5D | 02/16/2019 22:27:18 | Tushy | 02/13/2019 | 03/11/2019 | PA0002158596 |
| 70 | Info Hash: 57148A799A06C0A7205A376D6D737E1A5E2BDF12<br>File Hash: 8E280B2915AE93D4407ACB48F8816A806B6627698AD6E6868557CAFFB627AA26 | 02/14/2019 16:55:41 | Blacked | 02/13/2019 | 03/11/2019 | PA0002158597 |
| 71 | Info Hash: 11E38A8BEAC9988915C16FE2E4C1B5B5133FFF00<br>File Hash: 299F00EDC38A52ED8F057E19292454772B00C3EBE876ADA5A65FCF766870A8E4 | 02/10/2019 15:57:07 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 36EF9498C78EB5DC1802FB3974E6259EB84A2DFC<br>File Hash: 7AE792182BC3A5F047AEF8CF1049B39346CB40BF026C076BC036D2E35254F65D | 02/09/2019 16:38:25 | Vixen | 02/08/2019 | 03/24/2019 | PA0002183193 |
| 73 | Info Hash: CA99ECA716387A42D28B376FDA58E941E3C9872F<br>File Hash: 4DBCC986442A6909A9CB7164B3203BEE588C39C6AA26769F25B80A025509DC3F | 01/30/2019 22:10:45 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 74 | Info Hash: B4722C7304FE40F6A6B593613ACD0204116B9902<br>File Hash: 9CC30F4963410451EB875E5903C1E817480DBD230984C22568B3127429A02DFF | 01/30/2019 21:44:39 | Blacked Raw | 01/27/2019 | 03/24/2019 | PA0002184066 |
| 75 | Info Hash: BA0D9A11E5111308A82FF56C031C66853B9F63B8<br>File Hash: 7C54B0FF48CA516E72D30D6A57C55D924088FBEAADE71E4C2403C29637B592C6 | 01/25/2019 00:34:55 | Tushy | 01/21/2019 | 02/22/2019 | PA0002155131 |
| 76 | Info Hash: 7D556E45CA59572E6B90A341D11C04D49CC02CDA<br>File Hash: 11176D3603A25247ABE7F90E8A59C7E69CBA3F58DDDAE1810D4C611B481EDC71 | 01/24/2019 02:44:53 | Blacked Raw | 01/22/2019 | 03/24/2019 | PA0002183202 |
| 77 | Info Hash: 3534E72A5FA0BE5FD85D2316F41B2C02C265F9C8<br>File Hash: F624B71E5CA2C532CA21B1FC2256D98B92FE5C0A660C35550508C196B83513BD | 01/12/2019 16:35:19 | Tushy | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 78 | Info Hash: D48E01B601C61FD83DF1F21F354F28D1429224AC<br>File Hash: ECAE6B34DCCCA0302BD392B133E4D49B895E0B3399E0AC4699D40C12779F3042 | 01/12/2019 16:34:19 | Blacked Raw | 01/02/2019 | 02/02/2019 | PA0002155379 |
| 79 | Info Hash: C43513F6CE711CF03B7FBA3092B29D714FDDFB9C<br>File Hash: F202CE9B5E7DB65E09D5BC41ADEC102B955B41BABC945FFA51564A6A0E5B8DBF | 01/12/2019 16:34:19 | Blacked Raw | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 80 | Info Hash: F66EB6DEBEF16E0D7884F165F31D627E04DCDA62<br>File Hash: ECF1018364FC6A077721097CB3542256565F6571CB791BBACB33E554C7F8EA1A | 01/10/2019 05:20:43 | Vixen | 01/04/2019 | 01/22/2019 | PA0002147681 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: EE545C9B421A6A2B9728270CB6161AB274712ABC<br>File Hash: C04A4CB9F8C01AC09F9130F6116B16F5600498854D728448A8E5E1DC124DE1DE | 01/08/2019 01:28:36 | Blacked | 01/05/2019 | 01/22/2019 | PA0002147685 |
| 82 | Info Hash: A74C38AE5F929CEC85681C3F83C212B9C8A454D4<br>File Hash: 60F93C16D35524210F640F4BF6C7BFBD8B160C35F5D167FEE1BF6E41CA4CC11E | 01/01/2019 10:22:37 | Blacked Raw | 10/29/2018 | 12/10/2018 | PA0002145837 |
| 83 | Info Hash: 10E1A6CB9F02C1833CEF374D2E321DD815B13DBE<br>File Hash: EBC1E524F5001D33352CC2B7A999D37489FA1AB429A32E02A7613FBC1C26427C | 12/28/2018 15:46:31 | Vixen | 12/05/2018 | 12/18/2018 | PA0002141920 |
| 84 | Info Hash: 9F0A1827CC72B6075797AB862C39728811E3E20F<br>File Hash: 2CD5D65ACCABFEC0E6D8C4FD4F1D6D0ECDE45CD57C324A004C68B036582D0CD7 | 12/28/2018 12:04:12 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 85 | Info Hash: F0E5702D2D5262F74810FBDCB96B6B8BFED56649<br>File Hash: 5C2C13C5E332B01FA779A02225D6F250166CA7069D94B3233F6D59EDF72F36BA | 12/28/2018 11:59:33 | Tushy | 11/12/2018 | 12/10/2018 | PA0002145826 |
| 86 | Info Hash: 51F9EFE93A4D9A868005F2279F8C8DD395033FD5<br>File Hash: BD3C76C94E7FAB473B99B27FEBC86B3D0AE4E2B47374FD6C3353FD49E1EEA115 | 12/28/2018 11:58:29 | Vixen | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 87 | Info Hash: 5639D0BD6A67356FE64319FABF477DC0EE3D0ECC<br>File Hash: 3FF6EF3EFB7562769F6ADB891868458858AC8FC076B03511E21EF9B7BC28C6EB | 12/28/2018 06:03:54 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 88 | Info Hash: FF9EDF4F533F7FA895DA9262CE4F1C326E383ED6<br>File Hash: 9544E147F241780C9ECC7D885905CA12B7D2FBDF6A8FFA64040FB96A6CF901DE | 12/28/2018 06:01:25 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 89 | Info Hash: 9B687877CDE2F37E6FE6EE02DB2ECA7AC205810B<br>File Hash: 91ACAC91088A53244B940D06287FDBC0B9D23D0FB4C7E8C462B506055AEFBF6C | 12/22/2018 19:13:05 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 90 | Info Hash: E7C34ABF4A27A0AEFBD30F8BB089F914D57C8435<br>File Hash: 14BB0D329FD1AC1A55AC75EBE554047D7E62E910E38B4D804B76B810D44FEF4D | 12/11/2018 06:38:00 | Tushy | 08/24/2018 | 11/01/2018 | PA0002143429 |
| 91 | Info Hash: B9FF93769802406F9FB984B59468BBD077335AA4<br>File Hash: D9D2F5B4D6A3AC7B6B37E429C6B029351E57CF05E8782D359CB6F907FA41FE6F | 12/11/2018 06:34:54 | Blacked Raw | 09/24/2018 | 11/01/2018 | PA0002143418 |
| 92 | Info Hash: 7342E8EE372A90D6EF33BD3930C7D09F048626F6<br>File Hash: D90C34A9F63F8198FF1C8F1DD518D8EF0D12F5D056151D0F7F73C0E7A7881146 | 12/09/2018 02:30:14 | Tushy | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 93 | Info Hash: 63733D2DBAF8A48601437156880299DF57865A69<br>File Hash: 545B3F2522A3ACF697B7C7FE32FA240BB5BF46AC68DF8CC34A935662E50FF8B6 | 12/09/2018 02:27:08 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 94 | Info Hash: BCB643A81199B8814944C368AD9445B154A60977<br>File Hash: BF611C061B224605B9355A52E2C747F95ED4B916D5BC0B36AF2ED34EC5DA691A | 12/09/2018 02:25:05 | Tushy | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 95 | Info Hash: D86CF8CE6AE6320CF2F612FFB99145F7E89B8EAF<br>File Hash: 4243D47F54FCF0CA4A786E8E0EC19BCD48ACC7640769B59BAB680C6353CA47DC | 12/09/2018 02:23:31 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 96 | Info Hash: B0BD8522791507BF21518F763FBAE2D04009166C<br>File Hash: BE9399E4C9B8277D1C6EC110BE1D0AF0F6C50CDBD16E0A00ADD6C46AB999C6FC | 12/09/2018 02:17:48 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 97 | Info Hash: 1C6F4FA9ACB3B4E5B60430B3909F41BB012F6E95<br>File Hash: 00E0F33B2BFB37B93D6505165778A21F7BF380F3C80712678F32632B9425098C | 12/09/2018 02:17:18 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 98 | Info Hash: E1972294A735813C8E9CD52C6376E30A6313941E<br>File Hash: 6EA557B940C7E01DAC134628B22B06FFED131219A9E013A6FEA0FDCA8EB70993 | 12/09/2018 02:13:08 | Blacked | 10/22/2018 | 11/25/2018 | PA0002136653 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 99 | Info Hash: 18945D34568D66308287D75C1295746014EA56B5<br>File Hash: 999DEB8E3A06089600D76A778CD95D2E4DD23CE5044F9A492A34DCAEA3FDAC92 | 12/08/2018 23:34:39 | Tushy | 12/07/2018 | 01/22/2019 | PA0002149849 |
| 100 | Info Hash: 9363256EBC395B801709487F8C56CD0AC025DB12<br>File Hash: 763A4AB76A5F04CFA3FC4A25BE229278F510927FA8946B8F0F2CFD34F3F56282 | 12/08/2018 23:34:34 | Blacked Raw | 12/03/2018 | 01/22/2019 | PA0002149845 |
| 101 | Info Hash: 1BD96A441CFD749BF919A54DCD60143D882D3CCB<br>File Hash: 178915F70EA2FEEABABD3CFB2162B99F1D0245C04245FC7DFF98A4C97112DBF2 | 12/01/2018 05:25:16 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 102 | Info Hash: 93C9909580E8B9BD7E37DA65B5CAEC71233B6FB6<br>File Hash: 19E341501A92A590B1EFD604F1A23249F8BB25FD52C5A3A062A8C6BA58F3AD3E | 11/23/2018 11:14:27 | Blacked | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 103 | Info Hash: 7102597014A0861E315C5C3EAF4029464000F421<br>File Hash: 4B0D7E3274D4BCBD0BB19F5154ECA7461C95B5B1B378DE3F00BCDEE1993C28EA | 11/23/2018 11:11:55 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 104 | Info Hash: 3B9B6987226625EEC6B14393A7D5631B44D49D61<br>File Hash: 043E34E6AF36A80D7C02CB2FD89EF267C429355569DC03FBFE11853AAA740F01 | 11/23/2018 11:10:53 | Blacked Raw | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 105 | Info Hash: 652488F32C70CA713EB50EE5AF596E21F7AD852B<br>File Hash: 0D8ACE91630B76CEC8E7196AFE31B461D1F22436CDA6C2D0087330FAD71A8E7E | 11/23/2018 11:08:49 | Blacked | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 106 | Info Hash: 4FA223C46BB0CBE81583D042B518CD6C6E529EE6<br>File Hash: 5B293F2601BA9CE6A23DFA686ECDE7C697301FD62919BB53E72C54C6C974A582 | 11/23/2018 11:03:39 | Tushy | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 107 | Info Hash: 625C14329EC8A5FE7140F2C57A595A64D1EC16DA<br>File Hash: 7E0E37F369648A774594B5D50EFB1E9901BD5B576CF18AC8704EE587574FB371 | 11/23/2018 10:59:59 | Blacked | 06/29/2018 | 07/26/2018 | PA0002112160 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 08CC7BDA362BF5F60201E2D440468D32D37D18FE<br>File Hash: E2790BFF088D36D85FB8CC21EFCBDFF9697073F6A5280C6D06EEF8B686D275CD | 11/23/2018 10:58:29 | Blacked | 06/14/2018 | 07/14/2018 | PA0002130452 |
| 109 | Info Hash: 05FE4BC08E58B96614D7AFF238DAFE555D30ECF3<br>File Hash: FA01FB0379B160801A3F3E99654D09789DB224028CE8AE12766483E996B332A9 | 11/23/2018 10:57:58 | Blacked Raw | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 110 | Info Hash: 246129A5B1C63638FF99C8C30C895E12E25547EC<br>File Hash: B933DB95AEA2139C0650DAC5C2B8D0F187CCC0645458B7D4DC8FB10A9B4DE963 | 11/23/2018 10:56:53 | Blacked | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 111 | Info Hash: 98CD77A92A0590BB8F4375A245624BDD563FD2C2<br>File Hash: 1A7C199AD87DD2B4442AD6ED11BF46DD400ACE2F7125BDAA3D36AE77246E628C | 11/23/2018 10:55:51 | Blacked Raw | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 112 | Info Hash: 10067B8E9E11221D348DFF9CCFE5BE01C3A93B55<br>File Hash: 68F955E57FAB5EC7B237E0518FB4D42A9B4D3D5224AF36F26FEBA65BDEDFD950 | 11/23/2018 10:54:52 | Blacked Raw | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 113 | Info Hash: A3AF29D4A35F00105696669E1627C036685A7BF6<br>File Hash: CDEA3B5BD1573F837DC8F713771A46D78DFE1DD469D448F8943737E00230DAFC | 11/23/2018 10:52:48 | Tushy | 06/15/2018 | 07/14/2018 | PA0002128159 |
| 114 | Info Hash: 11AD8FCED3E4B91452B0E48A2E293CAB1A386B30<br>File Hash: EFAD65B613050752F70FC9CD76EDC6DB6BEEFFA22637980AE451DFB5BD64DE7B | 11/23/2018 10:52:16 | Blacked | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 115 | Info Hash: 5B572052C9A296723343DE7A4729D0BF70F74C1A<br>File Hash: 7923E637913309224FE29E4EF4494EF008F7DAE8B48DEC5EF1C0C54705063CC4 | 11/23/2018 10:51:44 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 116 | Info Hash: 1372B20E39CC9F4EDCAE8758A83A64162FB30848<br>File Hash: F774785C173C7DBBD63507DCB7C83FE52AF5BA2069CA249D45FD7A276BA752BD | 11/23/2018 10:50:44 | Blacked Raw | 03/08/2018 | 04/17/2018 | PA0002116094 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 117 | Info Hash: 6F66D0F5E2C2D66CE7D2F777E1EDEA78775B0464<br>File Hash: A5493C0E90855CF7BD15E161B8710DCCCEB938089A545700DDE538B40B83D324 | 11/23/2018 10:49:11 | Blacked | 08/23/2018 | 11/01/2018 | PA0002143434 |
| 118 | Info Hash: 96ABED0EC503E25FA675A8475D6B5CB6A8B36079<br>File Hash: 6F219747758DBB946E5BCDBFFE28FE6F10A0CC07E1727757E1AFD821FEF8ACE9 | 11/23/2018 10:48:09 | Blacked | 07/29/2018 | 09/05/2018 | PA0002135679 |
| 119 | Info Hash: F88F5F55BF9D5CC1BB27DC0F552A3D7D1E0B15F6<br>File Hash: 6FC76847680060021BE9354AFEB260B4C7BA62BC364806F1617FDC93B91B0833 | 11/23/2018 10:47:35 | Blacked Raw | 09/14/2018 | 11/01/2018 | PA0002143423 |
| 120 | Info Hash: 5AE7EADFA8E8BB0A0205B1E608F84C02384001C4<br>File Hash: 2EF550413273968C3C868B86E2FF4F933DA4142069A3F001EF7F817537F371FA | 11/23/2018 10:45:01 | Blacked | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 121 | Info Hash: CB1D6F9682C5A65AF38616CA877278B58BD5EEED<br>File Hash: A8A668A7C9DE0A10181FD2480AE257C10CDA178113862D6BD345671393632EEB | 11/23/2018 10:43:28 | Tushy | 08/19/2018 | 09/05/2018 | PA0002134998 |